OSCN Found Document:IN RE ESTABLISHMENT OF RULE 1.19 OF OKLAHOMA SUPREME COURT RULES

 

 
 

 
 IN RE ESTABLISHMENT OF RULE 1.19 OF OKLAHOMA SUPREME COURT RULES
2019 OK 51
Decided: 06/24/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 51, __ P.3d __

 

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

IN RE: Establishment of Rule 1.19 of the Oklahoma Supreme Court Rules - Use of Credit Cards, Debit Cards and Other Forms of Electronic Payment
ORDER ESTABLISHING NEW OKLAHOMA SUPREME COURT RULE 1.19
CONCERNING USE OF CREDIT CARDS, DEBIT CARDS AND OTHER FORMS
OF ELECTRONIC PAYMENT AND ADOPTION OF FORM NO. 4A, RULE 1.301 OF THE OKLAHOMA SUPREME COURT RULES
The following new Rule 1.19 of the Oklahoma Supreme Court concerning use of credit cards, debit cards and other forms of electronic payment, is hereby adopted and codified at Part I of the Oklahoma Supreme Court Rules, Okla. Stat. tit. 12, ch. 15, app. 1, and is attached as Exhibit "A" to this order.
The following new Form No. 4A, Rule 1.301, an affidavit of intent to remit cost deposit via credit card or debit card or other forms of electronic payment, is hereby adopted and codified at Part X, Oklahoma Supreme Court Rules, Okla. Stat. tit. 12, ch. 15, app. 1, and is attached as Exhibit "B" to this order.
Rule 1.19 is immediately effective and shall apply to all pending cases before this Court or the Court of Civil Appeals.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 24th day of June, 2019.
/S/CHIEF JUSTICE
Gurich, C.J., Darby, V.C.J., Winchester, Edmondson, Colbert and Combs, JJ., concur;
Kauger, J., concurs in part and dissents in part.

EXHIBIT A
Â 

EXHIBIT B
Form No. 4A. Affidavit of intent to remit cost deposit via credit or debit card or other form of electronic payment
AFFIDAVIT OF INTENT TO REMIT COST DEPOSIT VIA CREDIT
CARD OR DEBIT CARD OR OTHER FORM OF ELECTRONIC PAYMENT
STATE OF OKLAHOMA
In the Supreme Court of Oklahoma:
I, ____________________________________, depose and say that I am the _____________________, in the above-entitled case. I further state that it is my intent to remit the cost deposit for this cause of action via credit card, debit card or other form of electronic payment, and that I am authorized to utilize the provided method of payment.
I understand that it is my responsibility to remit the cost deposit and to ensure that the Clerk of the Supreme Court has received and successfully processed the cost deposit not later than two business days after the date of filing this Form 4A. I accept full responsibility to provide the Clerk of the Supreme Court with any and all information needed for the processing of my remittance. I further understand that if I fail to timely and successfully remit the cost deposit for this cause of action in the form and manner prescribed by the Rules of the Supreme Court, my cause of action may be dismissed for failure to remit the cost deposit as required by Oklahoma law.
I further understand that I should not provide, on this Form 4A, the actual credit or debit card numbers or any other sensitive information for the processing of this cost deposit. I understand that the Clerk of the Supreme Court will not retain any of this information for any use other than the processing of this cost deposit after I have communicated with the Clerk and provided it.
I state under penalty of perjury under the laws of Oklahoma that the foregoing is true and correct.

__________________________
Date

_________________________________________
Affiant
Contact Information:
Name (Printed):____________________________________________________________
Address: _________________________________________________________________
_________________________________________________________________________
Phone Number: ___________________________________________________________ 
E-mail address: ____________________________________________________________
Â 
DO NOT PUT THE ACTUAL CREDIT OR DEBIT CARD NUMBERS ON THIS FORM, AND DO NOT SEND A PHOTOCOPY OF THE CREDIT OR DEBIT CARD
Â